ANITA PETTENGILL ET AL. *v.* DENNIS PETTENGILL

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 557, is denied.

*Geoffrey S. Brandner,* in support of the petition.

*Paul E. Pollock,* in opposition.

Decided July 13, 1989

ELDRIDGE MCCLENDON *v.* PAUL SOOS

The proposed intervenor Shelby Mutual Insurance Company's petition for certification for appeal from the Appellate Court, 18 Conn. App. 614, is denied.

*Bruce L. Levin,* in support of the petition.

*Ernest L. Josem,* in opposition.

Decided July 13, 1989

EDWARD M. KENNEY ET AL. *v.* PLANNING AND ZONING BOARD OF THE TOWN OF GREENWICH ET AL.

The defendants Daniel and Janet Barber's petition for certification for appeal from the Appellate Court, 18 Conn. App. 549, is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *Spicer* v. *Zoning Commission,* 212 Conn. 375.

*William H. Narwold,* in support of the petition.

*Eugene J. Riccio* and *Kari A. Pederson,* in opposition.

Decided August 1, 1989